FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2022 APR -7 PM 3: 10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  3:22-cr-40-BJD-JBT
18 U.S.C. § 924(a)(1)(A)

DONTAE DESHAWN EDWARDS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 20, 2021, in the Middle District of Florida, the

defendant,

### DONTAE DESHAWN EDWARDS,

knowingly made a false statement and representation to an employee of Mayport

Gun and Pawn II, Inc, D/B/A/ Mayport Gun and Pawn II., a federally licensed

firearms dealer under the provisions of Chapter 44 of Title 18, United States Code,

with respect to information required by the provisions of Chapter 44 of Title 18,

United States Code, to be kept in the records of Mayport Gun and Pawn II, Inc,

D/B/A/ Mayport Gun and Pawn II in that the defendant did execute a Department

of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473,

Firearms Transaction Record, to the effect that the defendant had not previously

been convicted in a court of a crime punishable by imprisonment for a term

exceeding one year, when in truth and fact, the defendant had been convicted of such crime, specifically:

a. carrying a concealed firearm, on September 24, 2015, case number 16-2015-CF-005909-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

b. driving while license suspended or revoked – felony habitual offender, on July 20, 2017, case number 16-2017-CF-001113-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

c. possession of a firearm by a convicted felon, possession of more than 20 grams of cannabis and driving while license suspended or revoked – felony habitual offender, on July 20, 2017, case number 16-2017-CF-004423-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

d. driving while license suspended or revoked – felony habitual offender, on January 14, 2019, case number 16-2018-CF-010377-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

e. driving while license suspended or revoked – felony habitual offender, on January 14, 2019, case number 16-2018-CF-012988-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 924(a)(1)(A), the defendant, DONTAE DESHAWN EDWARD, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By _____
CYRUS P. ZOMORODIAN
Special Assistant United States Attorney

By: _____
FRANK M. TALBOT
Chief, Jacksonville Division

3

FORM OBD-34
4/5/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### DONTAE DESHAWN EDWARDS

## INDICTMENT

Violations: Ct. 1: 18 U.S.C. § 924(a)(1)(A)

A true bill,

Filed in open court this ___*7th*___ day

of April, 2022.

_Megan D Chaddock_

Clerk

Bail    $_____

GPO 863 525